# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT CASE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAYTHEL FISHER, JR., et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01739-DAD-BAM<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A REGULAR CIVIL ACTION AND ASSIGN A DISTRICT COURT JUDGE |

On December 13, 2029, Plaintiff Garrett Case ("Plaintiff"), a state prisoner proceeding with counsel, filed this civil rights action pursuant to 42 U.S.C. § 1983. The action was administratively designated as one involving a prisoner litigating the conditions of his confinement. As Plaintiff is not proceeding in pro se, this matter should be redesignated. Accordingly, the Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a regular civil rights action.

IT IS SO ORDERED.

　Dated:　**March 17, 2020**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1