Jeffrey A. Katz, Bar No. 137246
**KESHER LAW GROUP, P.C.**
1919 N. Heliotrope Dr.
Santa Ana, CA 92706
Telephone: (714) 296-8309
Jeffrey.katz@kesherlawgroup.com

Attorney for Plaintiff GARRETT CASE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| GARRETT CASE;<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEL FISHER, in his individual and official capacities, TIM NEAL, in his individual and official capacities, HARMINDER SINGH LONGIA, M.D., in his individual and official capacities, SARA SMITH, in his individual and official capacities, EVALYN HOROWITZ, M.D., in her individual capacity, PATRICIA JOHNSON, in her individual capacity, WEI GU, M.D., in his individual capacity, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 1:19-CV-01739-DAD-BAM<br><br>**ORDER REGARDING STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. No. 27) |

1.

**ORDER ALLOWING PLAINTIFF
TO FILE FIRST AMENDED COMPLAINT**

Pursuant to the parties' stipulation, Plaintiff may file his First Amended Complaint, a copy of which is attached as Exhibit A to the parties' stipulation (Doc. No. 27). Plaintiff's First Amended Complaint shall be separately filed on the docket within seven days of this Order. Defendants R. Fisher, H. Singh-Longia, P. Johnson, and W. Gu's Answer to the Complaint (Doc. No. 13) shall be deemed their response to the First Amended Complaint. Defendants O. Akintola, R. Dingh, and H. Moseley's response to the First Amended Complaint shall be filed within thirty (30) days of service of the First Amended Complaint.

The Court further SETS a STATUS CONFERENCE for **December 22, 2020, at 9:00 AM in Courtroom 8 (BAM) before the undersigned** to any need to amend the Scheduling Order in this case. Plaintiff shall serve a copy of this order on O. Akintola, R. Dingh, and H. Moseley and file proof of such service with the Court. At least one (1) full week prior to the Status Conference, the parties SHALL jointly submit any proposed dates they believe are necessary in light of the First Amended Complaint. The parties are encouraged to appear at the status conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.**

IT IS SO ORDERED.

Dated:   **October 15, 2020**         /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE