IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GARRETT CASE,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**RAYTHEL FISHER JR., et al.,**<br><br>                                    Defendants. | 1:19-cv-01739-DAD-BAM<br><br>**ORDER GRANTING REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 35) |

**ORDER**

Having considered Defendant's Request to Modify Scheduling Order and the parties' stipulation, and good cause appearing, the Court grants the request to extend each of the deadlines below by sixty days, and resets them to the following dates:

1. Non-expert discovery cut-off – June 9, 2021
2. Expert disclosure – July 14, 2021
3. Supplemental expert disclosure – August 18, 2021
4. Expert discovery cut-off – October 20, 2021
5. Pretrial motion filing deadline – December 15, 2021
6. Joint pre-trial statement – March 17, 2022

1

7. Pretrial conference – **March 28, 2022, at 1:30 p.m. in Courtroom 5 (DAD) before the Honorable Dale A. Drozd, United States District Judge.**

IT IS SO ORDERED.

Dated: __**April 12, 2021**__                    /s/ *Barbara A. McAuliffe*           
                                                  UNITED STATES MAGISTRATE JUDGE