IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GARRETT CASE,**<br><br>Plaintiff,<br><br>v.<br><br>**RAYTHEL FISHER JR., et al.,**<br><br>Defendants. | 1:19-cv-01739-DAD-BAM<br><br>**ORDER GRANTING SECOND JOINT REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 37) |

**<u>ORDER</u>**

Having considered Defendants' Second Request to Modify Scheduling Order and the parties' stipulation, and good cause appearing, the Court grants the request to extend each of the deadlines below by sixty days, and resets them to the following dates:

1. Pretrial motion filing deadline – March 15, 2022
2. Joint pre-trial statement – June 17, 2022

///

///

///

1

3. Pretrial conference – **June 27, 2022, at 1:30 p.m. in Courtroom 5 (DAD) before the Honorable Dale A. Drozd, United States District Judge.**

IT IS SO ORDERED.

Dated: **December 13, 2021**                /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE