IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GARRETT CASE,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**RAYTHEL FISHER JR., et al.,**<br><br>                              Defendants. | 1:19-cv-01739-DAD-BAM<br><br>**ORDER GRANTING THIRD JOINT REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 39) |

**ORDER**

Having considered the Third Request to Modify Scheduling Order and the parties' stipulation, and good cause appearing, the Court grants the request to extend each of the deadlines below by ninety days, and resets them to the following dates:

1. Pretrial motion filing deadline – June 15, 2022
2. Joint pre-trial statement – September 16, 2022

///

///

///

///

1

3.   Pretrial conference – **November 14, 2022, at 1:30 p.m. in Courtroom 5 (DAD) before the Honorable Dale A. Drozd, United States District Judge.**

IT IS SO ORDERED.

Dated: __March 16, 2022__                    /s/ *Barbara A. McAuliffe*    _
                                            UNITED STATES MAGISTRATE JUDGE