# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT CASE, | Case No. 1:19-cv-01739-KES-BAM |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE |
| v. | (Doc. 89) |
| RAYTHEL FISHER JR., et al., | |
| Defendants. | |

Plaintiff Garrett Case ("Plaintiff") is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff asserts claims arising under the First, Fifth, Eighth, Ninth, and Fourteenth Amendments to the U.S. Constitution. Plaintiff seeks declaratory relief, injunctive relief, and monetary damages from Defendants for alleged pain and suffering, emotional distress, impairment and loss of quality of life arising out of the alleged denial of access to adequate and competent medical treatment, care, and facilities. (Doc. 29.)

On June 6, 2025, Plaintiff filed a motion requesting that this matter be set for a settlement conference. (Doc. 89.) The Court directed Defendants to file a brief written response indicating whether Defendants are also willing to participate in a judicially-mediated settlement conference in this matter. (Doc. 90.) Defendants filed a response on June 10, 2025, stating that Defendants do not believe settlement will be achievable prior to the Court's ruling on Defendants' pending motion for summary judgment. (Doc. 91).

1  Without a clear indication from all parties to the action that they are willing to discuss
2  settlement, the Court does not find that it would be an efficient use of judicial resources to set this
3  case for a settlement conference at this time.  If in the future the parties jointly decide that this
4  action would benefit from a Court-facilitated settlement conference, or if they are able to reach an
5  independent settlement agreement, they may so inform the Court.
6  Accordingly, Plaintiff's request for a settlement conference, (Doc. 89), is HEREBY
7  DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **June 11, 2025**                             /s/ *Barbara A. McAuliffe*             _
                                                      UNITED STATES MAGISTRATE JUDGE

2