# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRETT CASE ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **1:19–CV–01739–KES–BAM** |
| v. | |
| **RAYTHEL FISHER JR. , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/15/2025 .**

ENTERED:  **August 15, 2025**         /s/  **Keith Holland**
                                                              Clerk of Court